MICHAEL N. MILLS (SB #191762)
michael.mills@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: 916.447.0700
Facsimile: 916.447.4781

BAO M. VU (SB #277970)
bao.vu@stoel.com
SHANNON L. MORRISSEY (SB #307144)
shannon.morrissey@stoel.com
STOEL RIVES LLP
Three Embarcadero Center, Suite 1120
San Francisco, CA 94111
Telephone: 415.617.8900
Facsimile: 415.617.8907

Attorneys for Plaintiffs and Petitioners
*E&B NATURAL RESOURCES MANAGEMENT CORPORATION; LAURIE VOLM; SHARYL G. BLOOM, CO-TRUSTEE OF THE LYNN BLOOM TRUST; RICHARD S. BLOOM, CO-TRUSTEE OF THE LYNN BLOOM TRUST; JAMES C. ROTH; DOLORES D. MICHAELSON; and MICHELE KARPÉ*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E&B NATURAL RESOURCES MANAGEMENT CORPORATION, a California Corporation, LAURIE VOLM, SHARYL G. BLOOM, co-trustee of The Lynn Bloom Trust, RICHARD S. BLOOM, co-trustee of The Lynn Bloom Trust, JAMES C. ROTH, DOLORES D. MICHAELSON, and MICHELE KARPÉ,<br><br>      Plaintiffs and Petitioners,<br><br>      v.<br><br>COUNTY OF ALAMEDA; ALAMEDA COUNTY BOARD OF SUPERVISORS; and DOES 1-50,<br><br>      Defendants and Respondents. | CASE NO. 4:18-cv-05857<br><br>**CERTIFICATE OF INTERESTED PARTIES AND DISCLOSURE STATEMENT** |

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Hexadyne Energy Corporation, a California corporation
- Elysium West, LLC, a New York limited liability company
- Elysium Natural Resources, LLC, a New York LLC

DATED: September 21, 2018                     STOEL RIVES LLP


By:/s/Michael N. Mills
   MICHAEL N. MILLS
   BAO M. VU
   SHANNON L. MORRISSEY
   Attorneys for Plaintiffs E&B NATURAL RESOURCES MANAGEMENT CORPORATION; VAURIE VOLM; SHARYL G. BLOOM, CO-TRUSTEE OF THE LYNN BLOOM TRUST; RICHARD S. BLOOM, CO-TRUSTEE OF THE LYNN BLOOM TRUST; JIM C. ROTH; DOLORES D. MICHAELSON; and, MICHELE KARPE