# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **E&B NATURAL RESOURCES MANAGEMENT CORPORATION, ET AL.,** <br> Plaintiffs, <br> vs. <br> **COUNTY OF ALAMEDA, ET AL.,** <br> Defendants**.** | CASE NO. 18-cv-05857-YGR <br><br> **ORDER DENYING WITHOUT PREJUDICE STIPULATION REGARDING RESPONSE TO COMPLAINT AND BRIEFING SCHEDULE** <br><br> Re: Dkt. No. 16 |

The Court is in receipt of the parties' Stipulation Regarding Response to Complaint and Briefing Schedule. (Dkt. No. 16 ("Stipulation").) Therein, the parties stipulate to an extended briefing schedule but provide no justification for the same. Accordingly, the Stipulation is **DENIED WITHOUT PREJUDICE**.

This Order terminates Docket Number 16.

**IT IS SO ORDERED.**

Dated: November 5, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**