UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E&B NATURAL RESOURCES MANAGEMENT CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>Defendants. | Case No. 18-cv-05857-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| TRIAL SETTING CONFERENCE: | Monday, May 19, 2020 at 2:01 p.m. |
| NON-EXPERT DISCOVERY CUTOFF: | 90 days from decision on 1094 claim. |
| DISCLOSURE OF EXPERT REPORTS:<br>ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: 30 days after fact discovery cutoff<br>Rebuttal: 15 days after |
| EXPERT DISCOVERY CUTOFF: | 21 days after rebuttal reports |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY:<br>Plaintiff's opening briefs filed 3/17/2020<br>Opposition filed 4/21/2020<br>Reply filed 5/5/2020 | May 19, 2020 at 2:00 PM |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer in advance of the Pretrial Conference. confirming they have complied with this requirement or explaining their failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.  Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: December 19, 2019

_____
YVONNE GONZALEZ ROGERS
United States District Judge